Case 1:11-cr-20678-KMM   Document 3   Entered on FLSD Docket 09/30/2011   Page 1 of 20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. **11 - 20678 CR-MOORE**

*TORRES*

18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

ROBERT DAVIS,
    a/k/a "Rob,"
MONTAVIS MIDDLETON,
    a/k/a "Tay,"
KENDRICK LOWE,
FABIAN WARREN,
    a/ka/ "Fay,"
TREVOR RANSFER, and
ERIC HANNA,

      Defendants,
_____/



FILED by _____ D.C.

SEP 29 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or around March 2011, and continuing through in or around June 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**KENDRICK LOWE,**
**FABIAN WARREN,**
**a/ka/ "Fay,"**
**TREVOR RANSFER,**

**and**
**ERIC HANNA,**

did knowingly combine, conspire, confederate, and agree with each other and others known and

unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of articles and

commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined

in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did plan to

take United States currency and other property from the person and in the presence of persons

employed by, and persons patronizing, a business and company operating in interstate and foreign

commerce, against the will of those persons, by means of actual and threatened force, violence, and

fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

### COUNT 2

On or about April 15, 2011, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**and**
**FABIAN WARREN,**
**a/ka/ "Fay,"**

did knowingly obstruct, delay, and affect commerce and the movement of articles in commerce by

means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States

Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency from

the person and in the presence of persons employed by, the Shell Gas Station, located at 8033 S.

Dixie Highway, Miami, Florida, a business and company operating in interstate and foreign

commerce, against the will of those persons, by means of actual and threatened force, violence, and

2

fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3

On or about April 15, 2011, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**and**
**FABIAN WARREN,**
**a/ka/ "Fay,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did

knowingly possess a firearm in furtherance of a crime of violence, an offense for which the

defendants may be prosecuted in a court of the United States, specifically, a violation of Title 18,

United States Code, Section 1951(a), as set forth in Count 2 of this Indictment, in violation of Title

18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 4

On or about April 16, 2011, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**and**
**FABIAN WARREN,**
**a/ka/ "Fay,"**

did knowingly obstruct, delay, and affect commerce and the movement of articles in commerce by

means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States

3

Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency from the person and in the presence of persons employed by, and persons patronizing, the Family Dollar, located at 28600 SW 137th Avenue, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 5

On or about April 16, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**and**
**FABIAN WARREN,**
**a/ka/ "Fay,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 4 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 6

On or about April 26, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**

**MONTAVIS MIDDLETON,**
a/k/a "Tay,"
**FABIAN WARREN,**
a/ka/ "Fay,"
**and**
**ERIC HANNA,**

did knowingly obstruct, delay, and affect commerce and the movement of articles in commerce by

means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States

Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency and

other property from the person and in the presence of persons employed by the Doral Ale House,

located at 3271 NW 87th Avenue, Doral, Florida, a business and company operating in interstate and

foreign commerce, against the will of those persons, by means of actual and threatened force,

violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections

1951(a) and 2.

## COUNT 7

On or about April 26, 2011, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ROBERT DAVIS,**
a/k/a "Rob,"
**MONTAVIS MIDDLETON,**
a/k/a "Tay,"
**FABIAN WARREN,**
a/ka/ "Fay,"
**and**
**ERIC HANNA,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did

knowingly possess a firearm in furtherance of a crime of violence, an offense for which the

defendants may be prosecuted in a court of the United States, specifically, a violation of Title 18,

5

United States Code, Section 1951(a), as set forth in Count 6 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 8

On or about May 11, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**KENDRICK LOWE,**
**and**
**TREVOR RANSFER,**

did knowingly obstruct, delay, and affect commerce and the movement of articles in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency and other property from the person and in the presence of persons employed by, the Farm Store, located at 11190 W. Flagler Street, Sweetwater, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 9

On or about May 11, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**

6

**KENDRICK LOWE,**
**and**
**TREVOR RANSFER,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 8 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 10

On or about May 15, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**KENDRICK LOWE,**
**and**
**TREVOR RANSFER,**

did knowingly obstruct, delay, and affect commerce and the movement of articles in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency and other property from the person and in the presence of persons employed by, and persons patronizing, the CVS, located at 1525 West 49th Street, Hialeah, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

7

## COUNT 11

On or about May 15, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**KENDRICK LOWE,**
**and**
**TREVOR RANSFER,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 10 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 12

On or about May 15, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**KENDRICK LOWE,**
**and**
**TREVOR RANSFER,**

did knowingly obstruct, delay, and affect commerce and the movement of articles in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency and

8

other property from the person and in the presence of persons employed by, and persons patronizing, the CVS, located at 9031 SW 107th Avenue, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 13

On or about May 15, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**KENDRICK LOWE,**
**and**
**TREVOR RANSFER,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 12 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 14

On or about June 1, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**

9

**KENDRICK LOWE,**
**TREVOR RANSFER,**
**and**
**ERIC HANNA,**

did knowingly obstruct, delay, and affect commerce and the movement of articles in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency and other property from the person and in the presence of persons employed by, and persons patronizing, the Wendy's, located at 13901 South Dixie Highway, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 15

On or about May 15, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROBERT DAVIS,**
**a/k/a "Rob,"**
**MONTAVIS MIDDLETON,**
**a/k/a "Tay,"**
**KENDRICK LOWE,**
**TREVOR RANSFER,**
**and**
**ERIC HANNA,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 14 of this Indictment, in violation of Title

10

18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 16

On or about June 1, 2011, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### ROBERT DAVIS,
### a/k/a "Rob,"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one

year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign

commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition are:

(a) a Glock 23, .40 caliber semi-automatic pistol;

(b) eleven (11) rounds of .40 caliber ammunition;

(c) a Sig Sauer P239 9 millimeter semi-automatic pistol;

(d) nine (9) rounds of FC 9 millimeter ammunition;

(e) thirteen (13) rounds of FC 9 millimeter Luger ammunition;

(f) one (1) round of "RP .380 Auto" ammunition; and

(g) three (3) shells of shotgun ammunition.

## FORFEITURE ALLEGATION

1.      The allegations of this Indictment are re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendants have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1951, as

11

alleged in this Indictment, the defendant so convicted shall forfeit all of his respective right, title and interest to the United States in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and in any firearm or ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

3.      Upon conviction of a violation of Title 18, United States Code, Section 924 and/or 922, as alleged in this Indictment, the defendant so convicted shall forfeit all of his respective right, title and interest to the United States in any firearm or ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

4.      The property which is subject to forfeiture includes, but is not limited to, the following:

   (a)     one (1) Glock 23, .40 caliber semi-automatic pistol;

   (b)     eleven (11) rounds of .40 caliber ammunition;

   (c)     one (1) Sig Sauer P239 9 millimeter semi-automatic pistol;

   (d)     nine (9) rounds of FC 9 millimeter ammunition;

   (e)     thirteen (13) rounds of FC 9 millimeter Luger ammunition;

   (f)     one (1) round of "RP .80 Auto" ammunition; and

   (g)     three (3) shells of shotgun ammunition.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 18, United States Code, Section 924(d)(1), both of which are made applicable by Title 28, United States Code, Section 2461(c), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

CHRISTOPHER V. PARENTE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA

vs.

ROBERT DAVIS, a/k/a "Rob," MONTAVIS
MIDDLETON, a/k/a "Tay," KENDRICK
LOWE, FABIAN WARREN, a/k/a "Fay,"
TREVOR RANSFER, and ERIC HANNA,

                              Defendants.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division**: (Select One)

| | | |
|---|---|---|
| _X_ Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New Defendant(s)          Yes ____  No ____
Number of New Defendants
Total number of counts        ____

I do hereby certify that:

1.    I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)     _No_
      List language and/or dialect    _____

4.    This case will take    _6-10_  days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                               (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | __X__ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    _No_
      If yes:
      Judge: _____    Case No. _____
      (Attach copy of dispositive order)
      Has a complaint been filed in this matter?    (Yes or No)    _No_
      If yes:
      Magistrate Case No. _____
      Related Miscellaneous numbers: _____
      Defendant(s) in federal custody as of _____
      Defendant(s) in state custody as of  _6/1/2011 all defendants except FABIAN WARREN_
      Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes  __X__ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes  __X__ No

_____
CHRISTOPHER V. PARENTE
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5501260

*Penalty Sheet(s) attached

REV.9/11/07

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: <u>ROBERT DAVIS a/k/a "Rob"</u>

**Case No**:

Count: 1

<u>Conspiracy to Interfere with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts:  2, 4, 6, 8, 10, 12 and 14

<u>Interfering with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a) and 2</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts:  3, 5, 7, 9, 11, 13 and 15

<u>Possession of a Firearm in Furtherance of a Crime of Violence</u>

<u>Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2</u>

**\*Max. Penalty:** Life Imprisonment

Count: 16

<u>Possession of a Firearm by a Convicted Felon</u>

<u>Title 18, United States Code, Section 922(g)(1)</u>

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>MONTAVIS MIDDLETON a/k/a "Tay"</u>

Case No:_____

Count: 1

<u>Conspiracy to Interfere with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 2, 4, 6, 8, 10, 12 and 14

<u>Interfering with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a) and 2</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 3, 5, 7, 9, 11, 13 and 15

<u>Possession of a Firearm in Furtherance of a Crime of Violence</u>

<u>Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2</u>

**\*Max. Penalty:** Life Imprisonment

Count :

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>KENDRICK LOWE</u>

**Case No**:_____

Count: 1

<u>Conspiracy to Interfere with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 8, 10, 12 and 14

<u>Interfering with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a) and 2</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 9, 11, 13 and 15

<u>Possession of a Firearm in Furtherance of a Crime of Violence</u>

<u>Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2</u>

**\*Max. Penalty:** Life Imprisonment

Count :

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **FABIAN WARREN a/k/a "Fay"**

Case No:_____

Count: 1

Conspiracy to Interfere with Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 2, 4, and 6

Interfering with Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section 1951(a) and 2

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 3, 5, and 7

Possession of a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2

**\*Max. Penalty:** Life Imprisonment

Count :

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>TREVOR RANSFER</u>

**Case No**:_____

Count: 1

Conspiracy to Interfere with Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts:  8, 10, 12, and 14

Interfering with Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section 1951(a) and 2

**\*Max. Penalty:** 20 Years' Imprisonment

Counts:  9, 11, 13, and 15

Possession of a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2

**\*Max. Penalty:** Life Imprisonment

Count :

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: <u>ERIC HANNA</u>

**Case No**:_____

Count: 1

<u>Conspiracy to Interfere with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 6 and 14

<u>Interfering with Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a) and 2</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Counts: 7 and 15

<u>Possession of a Firearm in Furtherance of a Crime of Violence</u>

<u>Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2</u>

**\*Max. Penalty:** Life Imprisonment

Count :

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**