FILED by ___ D.C.
JUN 02 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA - MIAMI

Hello, My name is Kendrick Lowe #97519-004 and my case number is 1:11-cr-20678. I'm writing this request to see how do I go about getting more time on filing my 2255 motion before the date which is 9-23-15 since i was re-sentenced in court. The reason why i'm asking for more time is because i've been going through transit since i left court, and my legal mail has not caught up with me yet. I'm currently at united states penitentiary Pollock, LA and i've been here for three weeks, then i was placed in the special housing unit for an investigation that lasted over a month now they are transfering me again, i tried getting my legal papers back here but the case manager saying i'm not allowed to have so much legal mail in the S.H.U. and on top of that i'm pro se on my case i have no lawyer to get things done on my behalf. So i'm asking could my time be stopped at this time until i'm done with transit and i get all my legal work or can i please have a extention date because this is very important to me i'm not trying to miss my dead line, i didn't know how to go about this situation because like i said i have no one to help me so i'm just asking could someone please get back with me A.S.A.P please thanks.

MAY. 25, 2015

Kendrick Lowe #91519-004
United States Penitentiary Pollock
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 711

USMS INSPECTED RECEIVED

United States District Court House
301 Federal Court House
Miami FL 33128

3312887702